[No. 38862-2-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. CUONG MINH PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07594-7, William L. Downing, J., entered April 1, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38914-9-I.    Division One.    March 30, 1998.]

DR. ALBERTO ENRICO, *Respondent*, v. NATIONAL MEDICAL STAFFING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-21142-1, John M. Darrah, J., entered March 11, March 16, April 17, and May 31, 1996. *Reversed* by unpublished opinion per Grosse, J., concurred in by Coleman and Cox, JJ.

[No. 38929-7-I.    Division One.    March 30, 1998.]

STEVEN M. YLINEN, *as Personal Representative, Appellant*, v. KAREN GRAHAM, *as Personal Representative, Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-06540-4, Larry E. McKeeman, J., entered June 11 and May 8, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38936-0-I.    Division One.    March 30, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKEY MAURICE WASHINGTON, *Defendant*, JUSTINE ERIN O'NEILL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01269-2, Michael Hayden, J., entered June 10, 1996. *Remanded* by unpublished per curiam opinion.